UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VERONICA AND JOEL GUTIERREZ, | ) | Case No.: C 12-5846 PSG |
| Plaintiffs, | ) ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| STATE FARM INSURANCE CO., et al., | ) ) | |
| Defendants. | ) ) | |

The court has been informed that the Plaintiffs have reached a settlement with Defendant State Farm Insurance Co.[1] Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than September 17, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, September 24, 2013 at 10:00 a.m. to show cause why the case should not be dismissed.

Dated: July 22, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 38.

ORDER